### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| | § | **CASE NUMBER 4:13-CR-00092-SDJ** |
| **v.** | § § § | |
| | § | |
| **CHRISTOPHER PARISH GRUBBS (10),** | § § | |

### REPORT AND RECOMMENDATION OF
### UNITED STATES MAGISTRATE JUDGE

On August 15, 2023, the court conducted a hearing to consider the government's petition to revoke the supervised release of Defendant Christopher Parish Grubbs. The government was represented by Whitney Tharpe, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by Jon Hyatt, Federal Public Defender.

Defendant originally pled guilty to the offense of Possession with Intent to Distribute Methamphetamine, a Class C felony. This offense carried a statutory maximum imprisonment term of 20 years. The United States Sentencing Guideline range, based on total offense level of 29 and criminal history category of III, was 108 to 135 months. On July 30, 2014, District Judge Marcia A. Crone of the Eastern District of Texas sentenced Defendant to 121 months imprisonment followed by 3 years of supervised release, subject to the standard conditions of release, plus special conditions to include substance abuse treatment and testing, mental health treatment, and financial disclosure. On April 6, 2016, Defendant's term of imprisonment was reduced to 97 months. On December 30, 2021, Defendant completed his term of imprisonment and began his term of supervision.

Under the terms of supervised release, Defendant was required to refrain from excessive use of alcohol and was prohibited from purchasing, possessing, using, distributing, or administering any controlled substance or paraphernalia related to any controlled substances, except as prescribed by a physician. In Allegation 1 of its petition, the government alleges that Defendant violated his conditions of supervised release by submitting a urine specimens on June 14, July 5, August 15, August 31, and September 7, 2022 that tested positive for marijuana. The government further alleges that Defendant submitted a urine specimen that tested positive for marijuana on December 14, 2022 and admitted both verbally and in writing to using marijuana a week prior.

If the court finds by a preponderance of the evidence that Defendant violated the conditions of supervised release by submitting urine specimens that tested positive for marijuana, Defendant will have committed a Grade C violation. U.S.S.G. § 7B1.1(a). Upon finding a Grade C violation, the court may (A) revoke probation or supervised release; or (B) extend the term of probation or supervised release and/or modify the conditions of supervision. U.S.S.G. § 7B1.3(a)(2). Considering Defendant's criminal history category of III, the Guideline imprisonment range for a Grade C violation is 5 to 11 months. U.S.S.G. § 7B1.4(a).

At the hearing, the parties indicated that they had come to an agreement to resolve the petition whereby Defendant would plead true to violating the conditions of supervision by committing the acts as alleged in Allegation 1 of the government's petition. In exchange, the government agreed to recommend to the court a sentence of 8 months, which includes 52 days of time unserved community confinement, with no supervised release to follow.

The court therefore **RECOMMENDS** that Defendant Christopher Parish Grubbs's plea of true be accepted and that he be sentenced to 8 months imprisonment, which includes 52 days of

unserved community confinement, with no supervised release to follow. The court further **RECOMMENDS** that the place of confinement be FCI Texarkana, Texas. The parties waived their right to objections so this matter shall be immediately presented to the District Judge for consideration.

**So ORDERED and SIGNED this 15th day of August, 2023.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE